IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NICOLE TAYLOR,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )  Civ. No. 12-12-SLR/SRF
                                        )
UNITED STATES OF AMERICA,               )
                                        )
            Defendant.                  )

**O R D E R**

At Wilmington this ⬝⬝ day of September, 2013, having considered the

Report and Recommendation of United States Magistrate Judge Sherry R. Fallon

issued on July 12, 2013, and upon the expiration of the time allowed for objections

pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having

been filed;

      IT IS ORDERED that:

      1. Magistrate Judge Fallon's Report and Recommendation (D.I. 42) is adopted.

      2. Defendant's motion for summary judgment (D.I. 36) is granted.

      3. The clerk of court is directed to enter judgment in favor of defendant and

against plaintiff.

                                        _____
                                        United States District Judge